HEMPHILL ET UX., DBA CAPITOL SKATELAND v. WASHINGTON STATE TAX COMMISSION.

No. 812. Decided February 21, 1966.

*Joel A. C. Rindal* for appellants.

*John J. O'Connell,* Attorney General of Washington, *Timothy R. Malone,* Assistant Attorney General, and *H. Eugene Quinn,* Special Assistant Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL NO. 12, ET AL. v. DEACON.

No. 841. Decided February 21, 1966.

*Charles K. Hackler* for appellants.

Appellee *pro se.*

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.